BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

SEALED

FILED
JUL 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14 CR 00155 LJO SKO |
|---|---|
| Plaintiff, | ORDER RE: GOVERNMENT'S MOTION TO SEAL INDICTMENT |
| v. | |
| JOSEPH ARCHULETA | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Government's Motion to Seal Indictment filed herein is sealed until further order of this Court.

DATE: July 24 2014

Honorable Sandra M. Snyder