1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8



FILED

JUL 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

9           IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-000155 LJO SKO |
| 13           Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| 14       v. | |
| 15  JOSEPH ARCHULETA, | |
| 16           Defendant. | |

17

18     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure.

20     IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made

21  public record.

22

23  DATED: 7/25/14

24                                              _____
                                                United States Magistrate Judge
25

26

27

28

Motion to Unseal Indictment                2