Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
1713 Tulare Street, Suite 101
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant
Joseph Archuleta

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>    Plaintiff, <br><br> vs. <br><br> **JOSEPH ARCHULETA**, <br><br>    Defendant. | Case No.: 1:14-CR-00155-LJO-SKO <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Date: October 6, 2014 <br> Time:  1:00 p.m. <br> Hon. Sheila K. Oberto |

**TO THE PARTIES, COUNSEL, AND THE ABOVE-ENTITLED COURT**:

Defendant, Joseph Archuleta, by and through his attorney of record, Nicco Capozzi and the United States Attorney by and through Melanie Alsworth, hereby stipulate as follows:

1.  A second status conference is set for today, October 6, 2014 at 1:00 p.m.

2.  The parties agree, stipulate, and request from the Court to continue today's status conference to December 1, 2014 at 1:00 p.m. or any other time on that day this Court is available.

3.  The basis for the continuance concerns the health of Defendant and other reasons. Defense counsel was notified by the United States Marshall's this morning that Defendant was not in good health, that he recently contracted "shingles" and because he was highly contagious, he would not be able to be transported to court this afternoon.  Furthermore, the parties are currently in plea negotiations and defense counsel is investigating Defendant's

background further.  Defense counsel would have requested a further status even if Defendant had not taken ill.  Setting a further status will allow this case to proceed more efficiently.

4.  There is good cause for the continuance and time should be excluded based on said causes and is in the interest of justice.

**IT IS SO STIPULATED.**

Dated: October 6, 2014          */s/Nicco Capozzi*
                                Nicco Capozzi
                                Attorney for Joseph Archuleta


Dated: October 6, 2014          */s/Melanie Alsworth*
                                Melanie Alsworth
                                Attorney for the United States


**ORDER**

IT IS SO ORDERED.

Dated:   **October 6, 2014**              **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE