1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  JOSEPH ARCHULETA

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-0155 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE RESENTENCING HEARING |
| vs. | ) ) | DATE:   February 6, 2017 |
| JOSEPH ARCHULETA, | ) ) | TIME:   9:30 a.m. JUDGE:  Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) ) | |

19

20       IT IS HEREBY STIPULATED by and between the parties hereto through their

21  respective counsel that the resentencing hearing in the above-captioned matter currently set for

22  Monday, January 23, 2017 may be continued to **Monday, February 6, 2017 at 9:30 a.m.**

23  Additionally, the sentencing memo to be filed by both the AUSA and Defense Counsel currently

24  due January 9, 2017, shall be due on or before January 30, 2017.

25       Mr. Archuleta has not yet been transferred to the Eastern District of California; he

26  continues to be housed at El Reno FCI in Oklahoma.  The government has agreed to request Mr.

27  Archuleta be returned to Fresno County Jail no later than January 20, 2017 to enable defense

28  counsel to meet with Mr. Archuleta in advance of filing a sentencing memorandum with the

Court.

1          As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial

2    Act.

3                            Respectfully submitted,

4                            PHILLIP A. TALBERT
                             United States Attorney

5

6    DATED:  January 4, 2017                    */s/ Melanie Alsworth*
                             MELANIE ALSWORTH
                             Assistant United States Attorney

7                            Attorney for Plaintiff

8                            HEATHER E. WILLIAMS
                             Federal Defender

9

10   DATED:  January 4, 2017                    */s/ Peggy Sasso*
                             PEGGY SASSO

11                           Assistant Federal Defender

12                           Attorney for Defendant
                             JOSEPH ARCHULETA

13

14                     **O R D E R**

15   Request Granted.  Good cause shown.

16

17   IT IS SO ORDERED.

18      Dated:  **January 6, 2017**                    **/s/ Lawrence J. O'Neill**
                             UNITED STATES CHIEF DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28