1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:14-CR-00155 LJO SKO

12                       Plaintiff,        STIPULATION AND ORDER

13            v.                           DATE: February 12, 2021
                                           TIME: 2:00 p.m.
14  JOSEPH ARCHULETA,                      COURT: Hon. Sheila K. Oberto

15                       Defendant.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status conference on February 12, 2021.

21        2.      By this stipulation, the defendant now moves to continue the status conference until

22  March 12, 2021.  The defendant desires to participate in an inpatient substance abuse program, and the

23  United States Probation Officer agrees that substance abuse treatment is needed.  The requested

24  continuance will allow the United States Probation Officer time to find and secure placement for the

25  defendant at an inpatient substance abuse treatment facility that offers a minimum 6-month program.

26        3.      The government does not oppose the requested continuance.

27        IT IS SO STIPULATED.

28

                                          1

1

2    Dated:  February 5, 2021                    McGREGOR W. SCOTT
                                                 United States Attorney
3

4                                                /s/ MELANIE L. ALSWORTH
                                                 MELANIE L. ALSWORTH
5                                                Assistant United States Attorney

6

7    Dated:  February 5, 2021                    /s/ JAMES R. HOMOLA
                                                 JAMES R. HOMOLA
8                                                Counsel for Defendant
                                                 JOSEPH ARCHULETA
9

10

11                                    **ORDER**

12        Pursuant to the parties' Stipulation, the February 12, 2021 status conference in this matter is

13   continued to March 12, 2021, at 2 p.m. before Magistrate Judge Sheila K. Oberto.

14

15   IT IS SO ORDERED.

16   Dated:   **February 5, 2021**              /s/ *Sheila K. Oberto*

17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28