PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00155-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: March 12, 2021 |
| JOSEPH ARCHULETA, | TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on March 12, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until April 23, 2021. The defendant desires to participate in an inpatient substance abuse program, and the United States Probation Officer agrees that substance abuse treatment is needed. The Probation Officer identified a year-long substance abuse program that will likely accept the defendant, but there are a number of preliminary hurdles: submission of an application and a negative COVID test. Once the application is submitted, the defendant will be placed on a wait list for admission. The requested continuance will allow defendant's counsel time to work with the defendant to complete the application and return to the Probation Officer, who will then work with the program intake supervisor to arrange

placement.

3. The government does not oppose the requested continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 5, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ MELANIE L. ALSWORTH<br>MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| Dated:  March 5, 2021 | /s/ JAMES R. HOMOLA<br>JAMES R. HOMOLA<br>Counsel for Defendant<br>JOSEPH ARCHULETA |

### **ORDER**

IT IS SO ORDERED that the status conference is continued from March 12, 2021, to **April 23, 2021, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.**

IT IS SO ORDERED.

Dated:  **March 10, 2021**        /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE