# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ARCHULETA,<br><br>Defendant. | Case No. 1:14-cr-00155-LJO-SKO<br><br>ORDER DENYING DEFENDANT'S PROPOSED ORDER REQUESTING TRANSPORT TO TEEN CHALLENGE PROGRAM<br><br>(ECF No. 77) |

On April 14, 2021, Defendant Joseph Archuleta, through counsel, filed a proposed order requesting Defendant be allowed to be transported from the Fresno County Jail on April 19, 2021, to the Teen Challenge program, located in Jamestown, California. (ECF No. 77 at 1.) A declaration of Defendant's counsel attached to the proposed order proffers that Defendant has been accepted for admission into the Teen Challenge program, and that the Assistant U.S. Attorney and Probation Officer have been fully informed on the transportation arrangements. (Id. at 2.)

At this time, as submitted, the Court shall deny the request to allow for Defendant to be transported to the Teen Challenge program. The Court finds nothing in the record before it that would permit Defendant to be released into such program, and Defendant has not directed the Court to any order entered in this action that would permit this request. Given the most recent detention order entered on January 8, 2021 (ECF No. 65), the Court will not grant such request without a hearing or some further presentation of the basis for this request.

Accordingly, IT IS HEREBY ORDERED that the proposed order requesting Defendant be allowed to be transported to the Teen Challenge program, submitted on April 14, 2021 (ECF No. 77), is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **April 15, 2021**

UNITED STATES MAGISTRATE JUDGE

2