# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH ARCHULETA,<br><br>　　　　　Defendant. | Case No.  1:14-cr-00155-LJO-SKO<br><br>ORDER DENYING STIPULATED REQUEST TO TRANSPORT DEFENDANT TO TEEN CHALLENGE PROGRAM<br><br>(ECF No. 79) |

On April 14, 2021, Defendant Joseph Archuleta, through counsel, filed a proposed order requesting Defendant be allowed to be transported from the Fresno County Jail on April 19, 2021, to the Teen Challenge program, located in Jamestown, California. (ECF No. 77 at 1.) On April 15, 2021, the Court denied the request as submitted, without prejudice, and notified Defendant that given the most recent detention order entered on January 8, 2021 (ECF No. 65), the Court would not grant such request without a hearing or some further presentation of the basis for the request. (ECF No. 78.)

On April 16, 2021, Defendant's counsel filed another proposed order requesting Defendant be allowed to be transported to the Teen Challenge program on April 19, 2021. (ECF No. 79.)  Here, Defendant has provided some additional information not contained in the previous request, including: (1) that the referral to the program was by the Probation Officer Chris Frausto; and (2) a COVID-19 test has been administered as required by the program, and thus time is of the essence to secure the presently available place in the program.  Additionally,

as was proffered in the original request, Assistant U.S. Attorney Melanie Alsworth does not object to these arrangements or participation in the program.

As the Court notified Defendant in denying the previous request, the Court will not disturb the January 8, 2021 detention order that is in effect in this action without a proper basis. The Court cannot release Defendant pursuant only to a stipulation when such detention order is in effect. A hearing, with proper legal foundation and authority, must be brought.

Accordingly, IT IS HEREBY ORDERED that Defendant's request to be allowed to be transported to the Teen Challenge program, submitted on April 16, 2021 (ECF No. 79), is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **April 16, 2021**

UNITED STATES MAGISTRATE JUDGE